IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| 31968 Ridge View Circle, Jette Lake Subdivision, Polson, MT, and a 2016 Dodge Ram 2500SLT, Montana license N6PBRDX, VIN 3C6UR5MJ3GG317419 | MJ-17-34-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of July, 2017.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge